THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUIGI D'MARINO and Others, Appellants.— Order affirmed. All concur, Kruse, P. J., not sitting.

CHARLES S. KENT, Appellant, v. ABRAM B. YOUNG and Another, Respondents.— Judgment and order affirmed, with costs. All concur.

SARAH E. HILL, as Administratrix, etc., of FRANK D. HILL, Deceased, Respondent, v. JAMES W. NOLAN, Appellant.— Judgment and order affirmed, with costs. All concur.

JOSEPH WOOLSLEGER, Respondent, v. FRED CORNELL, Appellant.— Judgment and order affirmed, with costs. All concur.

HYMAN GORDON, Appellant, v. LESSER PALEY, Respondent.— Judgment affirmed, with costs. All concur, except Kruse, P. J., and Clark, J., who dissent.

WILLIAM H. WILTSE, Appellant, v. THOMAS MILLEN COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

MORRIS H. CHURCH, Respondent, v. GEORGE J. CHURCH and Another, Appellants.— Interlocutory judgment affirmed, with costs. All concur.

ANNA M. SANTANGELO, as Administratrix, etc., of VITELO SANTANGELO, Deceased, Respondent, v. MAY HETHERINGTON and Another, Appellants.— Order affirmed, with costs. All concur.

THE FIRST NATIONAL BANK OF AURORA, Respondent, v. PRECISION CASTINGS COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE H. KENNEDY, Appellant, v. ALLAN A. LOWNES and Others, Respondents.— Motion granted, amending order entered December 30, 1919, so as to include the 16th finding of fact among the findings reversed. [See 190 App. Div. 925.]

ANNA MENDELSON, Appellant, v. MARKS LAZERSOHN and Others, Respondents.— Motion granted and appeal dismissed, with costs.

In the Matter of FREDERICK G. SPENCER, an Attorney and Counselor at Law.— Issues raised by petition and answer referred to Hon. Nathaniel Foote, official referee, to take the proofs thereon and return the same to this court with his opinion thereon.

TODD PROTECTOGRAPH COMPANY, INC., Respondent, v. WELLS FARGO & COMPANY EXPRESS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

GEORGE R. CREGO, Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 9 OF THE TOWN OF CHEEKTOWAGA, ERIE COUNTY, N. Y., Appellant.—Judgment and order affirmed, with costs. All concur.

MICHAEL SCHMIDBAUER, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. All concur.

EMILIE DAMS, as Administratrix, etc., of LUDWIG DAMS, Deceased, Respondent, v. DIRECTOR GENERAL OF RAILROADS, Appellant.— Judgment and order affirmed, with costs. All concur.

EDWARD S. SAVAGE, Appellant, v. UTICA GAS AND ELECTRIC COMPANY, Respondent.— Order affirmed, with costs. All concur.